IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.                                                                  No. 16-cv-0711 MCA/SMV
                                                                    No. 10-cr-0460 MCA


MICHAEL LEE MONTOYA,

      Defendant/Movant.


**ORDER DIRECTING THE PARTIES TO CONFER
AND FILE A JOINT STATEMENT IN LIGHT OF *BECKLES***

THIS MATTER is before the Court sua sponte under Rule 4 of the Rules Governing

Section 2255 Proceedings, in light of the U.S. Supreme Court's ruling in *Beckles v. United*

*States,* 580 U.S. ___, No. 15-8544, slip op (March 6, 2017).  Movant Michael Lee Montoya filed

a motion pursuant to 28 U.S.C. § 2255 claiming that he improperly received an enhanced

sentence as a career offender under the United States Sentencing Guidelines ("USSG") because

the residual clause of USSG § 4B1.2 is unconstitutionally vague under the reasoning in *Johnson*

*v. United States,* 576 U.S. ___, 135 S.Ct. 2551 (2015).  [CV Doc. 1]; [CR Doc. 191].  In *Beckles*,

the Supreme Court has held that the USSG are not subject to a void-for-vagueness challenge.

580 U.S. ___, No. 15-8544, slip op at 5.

The Court directs the parties to confer on the question of whether the Supreme Court's

ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and to file a joint

statement advising the Court of the results of their conference.  If either party contends that

*Beckles* does not dispose of all issues, the statement shall identify the issue or issues that remain for determination by the Court after *Beckles* and the party raising the remaining issue or issues. The parties shall confer and file the joint statement within 14 days of entry of this Order. If neither party claims that any issues remain for adjudication following *Beckles,* the Court will enter an Order dismissing this § 2255 proceeding. If the parties contend that issues still remain for determination, the Court will enter an order setting a schedule for supplemental briefing.

**IT IS ORDERED** that the Parties shall confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and file a joint statement advising the Court of the results of their conference within **14 days** of entry of this Order.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**